UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 8 2019
Clerk, U.S. District and Bankruptcy Courts

Andre Juste, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 19-2499 (UNA)
 )
Turner Christopher Wilson, )
 )
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. "For jurisdiction to exist under 28 U.S.C. § 1332, there must be complete diversity between the parties, which is to say that the plaintiff may not be a citizen of the same state as any defendant." *Bush v. Butler*, 521 F. Supp. 2d 63, 71 (D.D.C. 2007) (citing *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373-74 (1978)). A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action.

Plaintiff is a District of Columbia resident. He has sued another resident for $20,000, based on injuries plaintiff allegedly suffered when defendant hit him while driving. *See* Am. Compl. at 2-3 [Dkt. # 3]. Plaintiff alleges that on March 19, 2015, defendant "negligently" made "a left turn . . . while plaintiff was crossing" a street in the District's northwest quadrant and hit plaintiff and his bike. *Id.* at 3. The complaint presents neither a federal question nor a basis to proceed in diversity. Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: October 3rd, 2019

CHRISTOPHER R. COOPER
United States District Judge